**Order entered April 22, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01535-CR

### JECOLE KEKEITH JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-54578-R**

### ORDER

Before the Court is court reporter Georgina Ware's April 20, 2020 request for additional time to file the reporter's record in this appeal. We **GRANT** the motion and **ORDER** the reporter's record filed on or before May 26, 2020.

/s/     BILL PEDERSEN, III
        JUSTICE